PROSPER MONNET et al., Respondents, *v.* HENRY MERZ, as Survivor, etc., Appellant. ·

(Argued June 14, 1893; decided June 30, 1893.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made May 2, 1892, which reversed, so far as appealed from, a judgment in favor of defendant entered upon the report of a referee, and granted a new trial and vacated and set aside the order of reference.

*William Man* for appellant.

*William C. Wallace* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

SAMUEL WIENER, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Argued June 15, 1893; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*R. L. Maynard* for appellants.

*Henry A. Forster* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.